IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN THE MATTER OF: | | CHAPTER 7, CASE NO. 22-10375-SDB |
|---|---|---|
| Rafers Young | | |
| | Debtor(s) | TRUSTEE'S FILE NO. |

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 1/3 interest in 659 Gray's Grove Church Road Waynesboro GA 30830 – 2005 Fleetwood 14x58 home & land | $ 5,816.00 | $ 5,816.00 | |
| Lot 8B, 2.5 acres adjoining 659 Gray's Grove Church Road Waynesboro GA 30830 | 7,875.00 | 7,875.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2016 Nissan Rogue mileage: 161,489 | $ 11,175.00 | $ 0.00 | |
| 1995 Buick Park Avenue mileage: 140,000 Junk | $ 250.00 | $ 250.00 | |
| 1995 Chevrolet C-1500 pickup mileage: 150,000 Junk | $ 600.00 | $ 600.00 | |
| 1995 Ford Grand Victoria mileage: 100,000+ Junk | $ 435.00 | $ 435.00 | |
| 1994 Ford F-150 pickup mileage: 140,000 Junk | $ 650.00 | $ 650.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 2,355.00 | $ 2,355.00 | |
| **Electronics** | $ | $ | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $ 100.00 | $ 100.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Regions Bank | $ 122.00 | $ 122.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| Social Security benefits (ongoing) | $ 0.00 | $ 0.00 | |

Office Equipment

Machinery/Equipment

Inventory

Farm or Comm. Fishing Equip./Supplies/Farm animals $   $

Other Personal Property of Any Kind

| Description | Value | Amount |
|---|---|---|
| HVAC system | $ 4,500.00 | $ 0.00 |
| 8' x 8' shed, 8' x 14' shed, 8' trailer, welding machine | $ 800.00 | $ 0.00 |
| Murray riding lawn mower, assorted power tools and lawn equipment, chain saw, leaf blower | $ 1,000.00 | $ 1,000.00 |

NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: 08/03/22

Joseph E. Mitchell, III, Trustee